[Nos. 71144-0-I; 71145-8-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK VINCENT BARNES, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 12-1-02050-1, Thomas J. Wynne, J., entered November 1, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Leach, JJ.

[No. 71296-9-I. Division One. November 24, 2014.]

*In the Matter of the Marriage of* JEREMY S. WEISS, *Respondent*, and ANNE M. WEISS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-06469-2, Leonid Ponomarchuk, J. Pro Tem., entered October 10, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Dwyer, JJ.

[No. 71525-9-I. Division One. November 24, 2014.]

GLORIA HENSLEY, *Respondent*, v. ROBERT HENSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-3-01398-3, Joseph P. Wilson, J., entered January 6, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Trickey, JJ.

[No. 72430-4-I. Division One. November 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DRAKE MICHAEL McDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01632-3, Kathryn J. Nelson, J., entered February 15, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.